FILED: March 14, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4060
(7:22-cr-00001-TTC-RSB-1)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JERALD FRANCIS GRAY

    Defendant - Appellant

_____

O R D E R

_____

Upon review of memoranda relative to this bail appeal, the court affirms the district court's order regarding release.

Entered at the direction of Judge Niemeyer with the concurrence of Judge King and Judge Heytens.

For the Court

/s/ Patricia S. Connor, Clerk