FILED: April 11, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-4060
(7:22-cr-00001-TTC-RSB-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JERALD FRANCIS GRAY

    Defendant - Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

    For the Court

    /s/ Patricia S. Connor, Clerk